IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CFM U.S. Corporation et al., | ) Case No. 08-10668 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket Nos. 1097 and 1280** |

## ORDER DISMISSING CHAPTER 11 CASES

Pursuant to (i) that certain *Order: (I) Pursuant To 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 9019, Approving Stipulation By And Among The Parties Settling Adversary Proceeding And Releasing Claims; (II) Pursuant To 11 U.S.C. § 362(d), Vacating And Modifying The Automatic Stay To The Extent Necessary To Implement The Stipulation; And (III) Granting Related Relief* [Docket No. 1097] (the "Settlement Order"); and (ii) that *Certification Of Counsel Submitting Disbursing Agent's Final Report And Proposed Order Dismissing Chapter 11 Cases* [Docket No. 1280], it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to section 1112(b) and 305(a) of the Bankruptcy Code, the Debtors' Chapter 11 cases are hereby dismissed.

2. Prior Orders of the Court shall survive dismissal of these Chapter 11 cases, except to the extent that section 349 of the Bankruptcy Code expressly provides otherwise with respect to orders of the type referenced in sections 349(b)(1) and 349(b)(2) of the Bankruptcy Code. For the avoidance of doubt, all prior Orders of the Court that granted relief, whether entirely or in part, under sections 361, 363, 364 and/or 365 of the Bankruptcy Code shall survive the dismissal of the Chapter 11 Cases.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the interpretation and implementation of any Order of this Court.

Dated: _____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge